ZACHEUS W. BARRETT, Appellant, *v.* THE STATE OF NEW
YORK, Respondent.

(Argued November 25, 1889; decided December 10, 1889.)

APPEAL from order of the board of claims, made September
26, 1884, which affirmed an award made by the canal
appraisers.

*John A. Barhite* for appellant.

*John W. Hogan* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.        _____


WILLIAM W. NUGGINS et. al., Appellants, *v.* THE STATE OF
NEW YORK, Respondent.

Argued and decided with *Barrett* v. *The State (supra)*.